AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 0 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1178

ORDERED UNSEALED on 5/5/2025    s/ melodyqu

~~SEALED~~

UNITED STATES OF AMERICA

v.

Ricardo Rodriguez (2)

**WARRANT FOR ARREST**

68733-511

Case Number: 25-cr-1502-JES-2

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___Ricardo Rodriguez (2)___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371, 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Aliens for Financial Gain
8:1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain
18:201(b)(2)(C) - Receipt of Bribes by Public Official
18:2 - Aiding and Abetting
18:982(a)(6), 981(a)(1)(C), 8:1324(b), 28:2461(c) - Criminal Forfeiture

In violation of Title ___See Above___ United States Code, Section(s) _____

RECEIVED U.S. MARSHALS S/CA
2025 MAY -1 PM 2:52

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Islas | 5/1/2025, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ by The Honorable Allison H. Goddard
                              Name of Judicial Officer

6/12/25 in court
ARRESTED BY: STEVEN C. STARR RETURN
BY: DA US MARSHAL S/CA

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

QC: SJT